## ECKHARDT *v.* DARBY.

SCHOOLS—USE OF SCHOOL-HOUSE—RELIGIOUS MEETINGS.

The voters of a school district, at a meeting properly called and held, are authorized to prohibit the use of the school-house for the purpose of holding religious meetings.

*Mandamus* by George Eckhardt and others to compel James A. Darby and others, comprising the school board of District No. 5 in Kalkaska township, to allow relators the use of the school-house for religious meetings. The circuit judge, Fred H. Aldrich, denied the writ, and the relators sought to review his action on *certiorari.* Writ of *certiorari* denied September 20, 1898.

*Totten & Phelps*, for relators.

PER CURIAM. The writ of *certiorari* is denied. The voters of the district, at a meeting properly called and held, voted not to permit relators the use of the school-house for the purpose of holding meetings. Their action was regular, and authorized by the law.